AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
## for the
## Northern District of Georgia

| | | |
|---|---|---|
| CedarCrestone, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. ~~1:09-CV-1740-TTW~~ |
| Westaff (USA) Inc. | ) | MC 10-310-UA |
| *Defendant* | ) | |

FILED
CLERK U.S. DISTRICT COURT
CENTRAL DIST., LOS ANGELES
2010 AUG 13 PM 3:10

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* ___08/02/2010___.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: __AUG 0 9 2010__

JAMES N. HATTEN
*CLERK OF COURT*

___Barbara D. Boyle___
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CEDARCRESTONE, INC., a Delaware corporation, | ) CASE NO.: 1:09-CV-01740-HTW ) |
| Plaintiff, | ) ) **JURY TRIAL DEMANDED** |
| v. | ) ) |
| WESTAFF (USA) INC., a California corporation, Defendant. | ) ) ) ) ) |

## CONSENT JUDGMENT

By consent of both parties, it is hereby ORDERED that plaintiff have judgment against defendant in the principal amount of $350,000, together with post-judgment interest pursuant to 28 U.S.C. § 1961.

IT IS SO ORDERED this 2nd day of August, 2010.

s/ *HORACE T. WARD*
Judge, United States District Court
Northern District of Georgia

**CERTIFICATION**
**CM/ECF DOCUMENT**
I hereby attest and certify that this is a true and correct printed copy of a document which was electronically filed with the United States District Court for the Northern District of Georgia.
Date Filed: 8/2/2010
By: [signature], Deputy Clerk
03 AUG 2010
Clerk of Court
James N. Hatten

CONSENTED TO BY:

CHAMBERLAIN, HRDLICKA,　　　／s/ Jill R. Johnson
WHITE, WILLIAMS & MARTIN　　Jill R. Johnson
191 Peachtree Street N.E.　　　　Georgia Bar No. 602155
Atlanta, Georgia 30303　　　　　Jill.johnson@chamberlainlaw.com
Telephone: (404) 588-3574
Facsimile: (404) 588-5574

*Counsel for Defendant Westaff (USA) Inc.*


STEVEN W. HARDY, LLC　　　／s/ Steven W. Hardy
800 Johnson Ferry Road, N.E.　　Steven W. Hardy
Atlanta, Georgia 30342-1417　　 Georgia Bar No. 325910
Telephone: (404) 497-8045　　　 steve.hardy@hardylegal.com
Facsimile: (404) 420-2869
steve.hardy@hardylegal.com

*Counsel for Plaintiff CedarCrestone, Inc.*

otice of Electronic Filing

The following transaction was entered on 8/2/2010 at 4:25 PM EDT and filed on 8/2/2010
Case Name:   Cedarcreststone, Inc. v. Westaff (USA) Inc.
Case Number: 1:09-cv-01740-HTW
Filer:
Document Number:   71

Docket Text:
CONSENT JUDGMENT in favor of plaintiff and against defendant in the amount of $350,000 together with post-judgment interest pursuant to 28 U.S.C. Section 1961. Signed by Judge Horace T. Ward on 8/2/2010. (bdb)

1:09-cv-01740-HTW Notice has been electronically mailed to:

Christopher Scott Badeaux     cbadeaux@hssw.com

Jill Rhodes Johnson     jill.johnson@chamberlainlaw.com, angela.mckinley@chamberlainlaw.com, john.baisley@chamberlainlaw.com

Samuel Robinson Arden     sarden@hssw.com

Steven William Hardy     steve.hardy@hardylegal.com

1:09-cv-01740-HTW Notice has been delivered by other means to:

The following document(s) are associated with this transaction:
Document description:Main Document
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1060868753 [Date=8/2/2010] [FileNumber=3837522-0]
[a697f5d41494ef458ec8a094b21eb80cb63f99c1aba3996e5170f1b3cc95194a5767
66497ffa6700c803d0380095e658b8044885ce7b6f94b36b693b87c2e8a1]]

```
          CLERK'S OFFICE U.S.D.C.
               LOS ANGELES
   8/13/2010 3:14:38 PM  Receipt #: 144435
           Cashier : KRAGE CLK 4733
   PAID BY: APEX ATTORNEY SERVICES, INC.
   2:MC10-00310
   2010-308000       Indexing Misc. paper(1)
   Amount :                             $26.00

   2:MC10-00310
   2010-510000       Judicial Services ($12)(1)
   Amount :                             $12.00
   ------------------------------------------------
   Check Payment : 2767 /                  39.00
   ------------------------------------------------
   Total Payment :                         39.00

   (= NO REFUNDS WITHOUT WHITE RECEIPT =)
```